UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
03-12379 MLW

EMORY ZIPPERER,        )
   Plaintiff,          )
                       )
v.                     )
                       )
RAYTHEON COMPANY,      )
   Defendant.          )

### ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendant Raytheon Company ("Raytheon") moves that the deadline for responding to the Complaint be extended to December 20, 2003. As grounds for this motion, Raytheon states that this matter was removed to this Court on November 25, 2003, and that additional time is necessary to investigate the allegations in the Complaint. Plaintiff Emory Zipperer, though his counsel, has assented to this motion.

RAYTHEON COMPANY
By its attorneys,

_____
James F. Kavanaugh, Jr.
BBO# 262360
Stephen S. Churchill
BBO# 564158
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

ASSENTED TO:

_____
Theresa Finn Dever, Esq.
Attorney for Plaintff

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 11/26/03

Dated: November 26, 2003