## CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELLORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
CHRISTOPHER J. PETRINI
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEPHEN S. CHURCHILL
STEVEN E. GURDIN
MICHAEL T. SULLIVAN

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
JAY P. SYMONDS
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH A. NUZZO
MELISSA J. RICHARD

WRITER'S DIRECT DIAL: 617-348-8214
E-MAIL: SCHURCHILL@CKRPF.COM

March 25, 2004

**BY HAND**

Honorable Mark L. Wolf
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   Emory Zipperer v. Raytheon Company
      Civil Action No. 03-12379 MLW

Dear Judge Wolf:

Pursuant to the Court's Order of March 3, 2004, I am writing to report that defendant Raytheon Company does not consent to a transfer of this case to the Magistrate Judge.

Very truly yours,

Stephen S. Churchill

SSC/mjp/6676-115

cc:   Theresa Finn Dever, Esq.
      James F. Kavanaugh, Jr., Esq.