## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

EMORY ZIPPERER,

     Plaintiff,

  v.

RAYTHEON COMPANY,

     Defendant.

CA. NO. 03-12379-MLW

### *NOTICE*

April 23, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:00 p.m., Wednesday, May 5, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                    /s/
                               **MARIANNE B. BOWLER**
                               Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**