UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMORY ZIPPERER )<br><br>Plaintiff, )<br><br>vs. )<br><br>RAYTHEON COMPANY, INC. )<br><br>Defendant. ) | Civil Action No. : 03-12379 MLW |

## LOCAL RULE 1.02(d)(1)(b)(3) CERTIFICATION

The undersigned, Emory Zipperer, hereby certifies that Emory Zipperer and his counsel, Theresa Finn Dever hereby certify that we have conferred with the view to establishing a budget for the cost of conducting the full course, and various alternative courses, to the litigation of this matter.

EMORY ZIPPERER
By his attorney,

_____
Joseph P. Dever
B.B.O. No. 564237
Theresa Finn Dever
B.B.O. No. 564319
RILEY & DEVER, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 201
Lynnfield, MA 01940-2351
(781) 581-9880

_____
EMORY ZIPPERER

Dated: 5/25/04