UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 03-12379 MLW

_____
                                            )
EMORY ZIPPERER                )
    Plaintiff,                     )
                                            )
v.                                           )
                                            )
RAYTHEON COMPANY, INC.  )
    Defendant.                  )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please enter my appearance on behalf of defendant, Raytheon Company, Inc. in the above-captioned matter.

                                      RAYTHEON COMPANY

                                      By its attorney,

                                      /s/ Constance M. McGrane
                                      _____
                                      Constance M. McGrane (BBO # 546745)
                                      CONN KAVANAUGH ROSENTHAL PEISCH
                                        & FORD, LLP
                                      Ten Post Office Square
                                      Boston, MA  02109
                                      617-482-8200

Dated: November 10, 2004

213521.1