AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

Zipperer
v
Raytheon Co., Inc.

**APPEARANCE**

Case Number:  03-12379 MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  the plaintiff, Emory Zipperer

I certify that I am admitted to practice in this court.

FILED
In Open Court
USDC Mass
Date  11/8/04
By _____ 2:30 pm
Deputy Clerk

Date  11·8·04

Signature _____

Print Name  Joseph P. Dever     Bar Number 564237

Address  Riley & Dever PC
         210 Broadway #201
City  Lynnfield,  State MA  Zip Code 01940

Phone Number  781 581-9880    Fax Number 781-581-7301

jdever@rileydever.com