UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMORY ZIPPERER**<br><br>    Plaintiff,<br><br>vs.<br><br>**RAYTHEON COMPANY, INC.**<br><br>    Defendant. | Civil Action No. : 03-12379 MLW |

## ASSENTED TO MOTION TO REVISE DISCOVERY PLAN IN STATEMENT FOR LOCAL RULE 16.1 CONFERENCE

The Plaintiff in the above-referenced matter hereby request a slight extension of the deadlines for the discovery plan as the Plaintiff needed additional time to complete his discovery responses. The Defendant assents to the following revised plan.

I.  DISCOVERY PLAN

The parties propose the following changes to the discovery plan:

C.  On or before November 22, 2004: Plaintiff's responses to Interrogatories and document requests due; and on or before December 22, 2004, Defendant's responses to Interrogatories and document requests due.

All other dates contained in the discovery plan are to remain the same.

Respectfully submitted,

Asssented to:
RAYTHEON COMPANY
By its Attorney,

*Constance M. McGrane*
James F. Kavanaugh, Jr.
B.B.O. No.: 262360
Constance M. McGrane
B.B.O. NO.: 546745
CONN KAVANAUGH ROSENTHAL
PEISH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200
Dated: 11/23/04

EMORY ZIPPERER
By his Attorney,

*Joseph P. Dever*
Joseph P. Dever
B.B.O. No.: 564237
Theresa Finn Dever
B.B.O. NO.: 564319
RILEY & DEVER, P.C.
210 Broadway, Suite 201
Lynnfield, MA 01940
Tel.: (781) 581-9880

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 11/23/04

*Theresa Finn Dever*