UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 03-12379 MLW

_____
                                )
EMORY ZIPPERER                  )
        Plaintiff,              )
                                )
v.                              )
                                )
RAYTHEON COMPANY, INC.          )
        Defendant.              )
_____)

**DEFENDANT'S MOTION FOR
JUDGMENT ON THE PLEADINGS**

Defendant Raytheon Company ("Raytheon") hereby moves pursuant to

Fed. R. Civ. P. 12(c) for judgment in its favor on the pleadings.  As grounds for this motion

Raytheon states:

1) The plaintiff's common law claims are based upon an alleged incorrect estimate of

future pension benefits under the Raytheon Engineers & Constructors Retirement Plan ("the

Plan"), an employee benefit plan governed by the Employee Retirement Security Act of 1974

("ERISA").

2) The plaintiff's claims – for negligence, equitable estoppel and negligent

misrepresentation – are each preempted by ERISA. Pilot Life Ins. Co. v. Dedeaux, 481 U.S. 41

(1987).

3) Even if the complaint is construed to include an ERISA claim, the plaintiff cannot

assert any cognizable claim for damages.

WHEREFORE, Raytheon respectfully requests that this court enter judgment in its favor on the pleadings.

RAYTHEON COMPANY
By its attorneys,


/s/ Constance M. McGrane
James F. Kavanaugh, Jr. (BBO# 262360)
Constance M. McGrane (BBO# 546745)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: March 1, 2005


## CERTIFICATION PURSUANT TO
## LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I hereby certify that I made a good faith effort to resolve the issues presented by the Motion for Judgment on the Pleadings by telephone conference on February 28, 2005.


/s/ Constance M. McGrane
Constance M. McGrane, Esq.

220782.1