UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12379 MLW

```
_____
                               )
EMORY ZIPPERER                 )
      Plaintiff,               )
                               )
v.                             )
                               )
RAYTHEON COMPANY, INC.         )
      Defendant.               )
_____)
```

**PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REVISE DISCOVERY PLAN IN <u>STATEMENT FOR LOCAL RULE 16.1 CONFERENCE</u>**

Plaintiff in the above-entitled action hereby moves that this Court continue the hearing on Plaintiff's Motion to Revise Discovery Plan in Statement For Local Rule 16.1 Conference now scheduled for Monday, March 21, 2005 at 2:30 p.m. until Wednesday, April 27, 2005 at 10:30 a.m.  The plaintiff further requests that such hearing be consolidated with a hearing on Defendant's Motion for Judgment on the Pleadings and the previously scheduled Status Conference (April 21, 2005 at 2:30 p.m.).  As grounds for this Motion, the plaintiff states that this Motion is assented to and that consolidating the hearings on the matters set forth above will further judicial economy and efficiency.

| Assented to: | Respectfully submitted: |
|---|---|
| RAYTHEON COMPANY<br>By its attorneys, | EMORY ZIPPERER<br>By his attorneys |
| /s/ Constance M. McGrane<br>James F. Kavanaugh, Jr. (BBO# 262360)<br>Constance M. McGrane (BBO# 546745)<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200 | /s/ Joseph P. Dever ,<br>Joseph P. Dever (BBO# 564237)<br>Theresa Finn Dever (BBO# 564319)<br>RILEY & DEVER, P.C.<br>210 Broadway, Suite 101<br>Lynnfield, MA 01940<br>(781) 581-9880 |

Dated: March 18, 2005

222573.1