UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMORY ZIPPERER** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**RAYTHEON COMPANY, INC.** )<br>)<br>Defendant. )<br>) | Civil Action No. : 03-12379 MLW |

### REQUEST FOR HEARING

Plaintiff, Emory Zipperer hereby requests a hearing on Defendant's Motion for Judgment on the Pleadings. In support of its request, Emory Zipperer submits that oral argument should aid the Court in reaching a fair and just decision on Plaintiff Emory Zipperer's Opposition to Defendant's Motion for Judgment on the Pleadings.

        The Plaintiff,
        By His Attorneys,

        _____
        Theresa Finn Dever
        B.B.O. NO.: 564319
        Joseph P. Dever
        B.B.O. NO.: 564237
        RILEY & DEVER, P.C.
        Lynnfield Woods Office Park
        210 Broadway, Suite 101
        Lynnfield, MA 01940-2351
        Telephone: (781) 581-9880

Dated: March 15, 2005

## **CERTIFICATE OF SERVICE**

      I, Joseph P. Dever, hereby certify that on March 15, 2005, I sent a copy of the Plaintiff Emory Zipperer's Request For Hearing by first class mail to Constance M. McGrane, Esq., counsel for Raytheon Company, at Conn Kavanaugh Rosenthal Peisch & Ford, LLP, Ten Post Office Square, Boston, Massachusetts 02109.

                                                                                              _____
                                                                                              Joseph P. Dever