UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EMORY ZIPPERER, | ) | Civil Action No. |
| Plaintiff | ) | 03-12379-MLW |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| RAYTHEON COMPANY, INC., | ) |  |
| Defendant | ) |  |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of defendant Raytheon Company ("Raytheon"). James F. Kavanaugh, Jr. and Constance M. McGrane continue to appear for Raytheon.

/s/ Stephen S. Churchill
Stephen S. Churchill (BBO#564158)
Hale & Dorr Legal Services Center
Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130
(617) 390-2578

Dated: March 31, 2006