UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**EMORY ZIPPERER**</u>
        **Plaintiff**

   V.

<u>**RAYTHEON COMPANY**</u>
        **Defendant**

CIVIL ACTION

NO.  <u>03-12379-MLW</u>

<u>**JUDGMENT**</u>

<u>**WOLF, D. J.**</u>

In accordance with the Court's ORDER dated <u>MARCH 30, 2006</u>, in the above-referenced action, granting the defendant's Motion for Judgment on the Pleadings, it is hereby ORDERED:

Judgment for the <u>defendants</u> with prejudice.

By the Court,

<u>**August 9, 2006**</u>
     Date

<u>/s/ Dennis O'Leary</u>
Deputy Clerk

(judge-dis.wpd - 12/98)   [jgm.]