**RILEY & DEVER, P.C.**
ATTORNEYS AT LAW
Lynnfield Woods Office Park
210 Broadway, Suite 101
Lynnfield, Massachusetts 01940-2351
(781) 581-9880
Facsimile (781) 581-7301

September 5, 2006

UPS OVERNIGHT

United States
Court of Appeals
For First Circuit
1 Courthouse Way
Boston, MA  02210

RE:   Emory Zipperer
      vs. Raytheon Company, Inc.
      Civil Action No. 03-12379MLW

Dear Sir/Madam:

   Pursuant to F.R.A.P. Rule 3(e), please docket the above referenced appeal. Enclosed please find my check in the amount of $455.00 to cover the filing fee for this matter. Please be advised that this office represents the above-named Appellant, Emory Zipperer.

   Please be advised that this office has had difficulty in sending items electronically. I have left several messages with the docket clerk and the help line concerning this issue and am still trying to work out this issue. In the meantime, I ask that you accept this Notice of Appeal.

Very truly yours,

JOSEPH P. DEVER

JPD/pmp
Enclosure
cc:   Constance M. McGrane, Esq.