UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMORY ZIPPERER | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 03-12379 MLW |
| vs. | ) |
| RAYTHEON COMPANY, INC. | ) |
| Defendant. | ) |

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

2006 SEP -7  A 8:55

## NOTICE OF APPEAL

Pursuant to F. R. A. P. 3(e), the Plaintiff in the above referenced matter hereby appeals from the Judgment of the Court entered on August 9, 2006.

EMORY ZIPPERER
By his attorney,

_____
Joseph P. Dever
B.B.O. No. 564237
Theresa Finn Dever
B.B.O. No. 564319
RILEY & DEVER, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 201
Lynnfield, MA  01940-2351
(781) 581-9880

Dated: 9·6·06

FILING FEE PAID:
RECEIPT # 74855
AMOUNT $ $455.00
BY DPTY CLK  9K
DATE 9-7-06

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 9·6·06