UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
...... 'S OFFICE

2006 SEP 27  A 9: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| EMORY ZIPPERER | ) |
| | ) |
| Appellant, | ) |
| | ) |
| | ) Civil Action No. 03-12379 MLW |
| vs. | ) |
| | ) |
| RAYTHEON COMPANY, INC. | ) |
| | ) |
| Appellee. | ) |
| | ) |

### CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED

The Appellant, Emory Zipperer, by his counsel, Theresa Finn Dever, hereby

certifies that no transcript will be ordered as there was no trial or evidentiary hearing in

the above-captioned matter.

EMORY ZIPPERER
By his attorneys,

*(signature)*

Joseph P. Dever
B.B.O. No. 564237
Theresa Finn Dever
B.B.O. No. 564319
RILEY & DEVER, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 201
Lynnfield, MA  01940-2351
(781) 581-9880

Dated: 9/26/06

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above
document was served upon the attorney of
record for each other party by mail (by hand)
on  9/26/06

*(signature)*